IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ELLEN HUNT                                                                                          PLAINTIFF

v.                                      3:03CV00397 JFF

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                                             DEFENDANT

ORDER

Plaintiff has filed a motion for attorney's fees and other expenses pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. The Court finds that Plaintiff's attorney is entitled to an attorney's fee in the amount of $2,197.50 and expenses in the amount of $81.70 pursuant to the EAJA. The Defendant should certify said award and pay the Plaintiff's attorney these amounts.

IT IS SO ORDERED this 15th day of September, 2005.

UNITED STATES MAGISTRATE JUDGE